**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00231-CV
_____

**WONISHA TATUM, Appellant**

**V.**

**DOMETRI WHITE, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1241063**

## MEMORANDUM OPINION

Appellant Wonisha Tatum, proceeding pro se, failed to file a brief. *See* TEX.

R. APP. P. 38.6(a), 38.8(a). On June 3, 2025, the Clerk of this Court notified

Appellant that her appellate brief was past due, and her appeal was subject to

dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to

file her brief and a motion requesting an extension to file the brief within 10 days of our notice.  Appellant did not respond.  *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.